# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 3, 2014

## NO. 03-13-00618-CV

**Vista Medical Center Hospital and Vista Hospital of Dallas, LLP, Appellants**

**v.**

**Texas Department of Insurance, Division of Workers' Compensation; and
Texas Mutual Insurance Company, Appellees**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
REVERSED AND RENDERED IN PART; REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the district court on May 30, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. Therefore, the Court reverses the portion of the district court's judgment awarding monetary relief to Texas Mutual Insurance Company and renders judgment that Texas Mutual take nothing on that claim. We remand Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.